912

No. 985. Bland *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 987. Nellis *v.* Central Distributors, Inc. C. A. 5th Cir. Certiorari denied.

No. 990. First National Bank of Chicago, Guardian, et al. *v.* Fidelity & Casualty Company of New York. C. A. 7th Cir. Certiorari denied.

No. 992. ISI Corp. et al. *v.* Myers, Executrix, et al.; and
No. 998. Security Pacific National Bank, formerly Pacific National Bank of San Francisco *v.* Myers, Executrix, et al. C. A. 9th Cir. Certiorari denied. Reported below: 431 F. 2d 769.

No. 995. American Art Industries, Inc. *v.* National Labor Relations Board. C. A. 5th Cir. Certiorari denied.

No. 997. Stone *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 999. Brookins *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 1001. National Screen Service Corp. *v.* Poster Exchange, Inc. C. A. 5th Cir. Certiorari denied.

No. 1004. Hansen *v.* Haagensen. Sup. Ct. Iowa. Certiorari denied.

No. 1005. Blalock et al. *v.* North Carolina. Ct. App. N. C. Certiorari denied.